IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:17-CR-3143 |
| AUBREY CLIFTON TRAIL, | ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 87) recommending that the government's motion for pretrial determination of voluntary statements (filing 59) be granted. The defendant has not objected to the Magistrate Judge's findings and recommendation, which expressly informed him that "[t]he failure to timely object may be held to be a waiver of any right to appeal the court's adoption of this recommendation." Filing 87 at 7.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the Magistrate Judge's findings and recommendation, and grant the government's motion for a pretrial determination that the defendant's statements to law enforcement on November 30, 2017 were voluntarily made.

.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation ([filing 87](#)) are adopted.

2. The government's motion for pretrial determination of voluntary statements ([filing 59](#)) is granted as set forth in the magistrate judge's order.

Dated this 7th day of May, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge