IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>AUBREY CLIFTON TRAIL,<br><br>                  Defendant. | 4:17CR3143<br><br>**ORDER TO WITHDRAW EXHIBIT OR TO SHOW CAUSE WHY EXHIBIT SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for Government shall either 1) withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Plaintiff's Exhibit A from evidentiary hearing held 4/20/18.

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 11th day of September, 2018.

BY THE COURT:

s/ John M. Gerrard
United States District Judge